No. 272. TRUNKLINE GAS CO. *v.* HARDIN COUNTY. Motion to use record in No. 153, October Term, 1963, granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *Cecil N. Cook* for petitioner. *William Robert Smith* for respondent.

No. 15, Misc. MEDINA *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.

No. 17, Misc. WHITNEY *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Mortimer S. Sattler,* Assistant Attorney General, for respondent.

No. 18, Misc. CORTEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Fred Hull* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 19, Misc. COLES *v.* THOMAS, WARDEN. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se. Robert Matthews,* Attorney General of Kentucky, and *George F. Rabe,* Assistant Attorney General, for respondent.

No. 26, Misc. PERRY *v.* ATTORNEY GENERAL ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondents.